IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HUGO ZUNIGA,                                    :
                                                :
                Plaintiff,                      :
                                                :
        vs.                                     : CIVIL NO. 3:06-CV-00252
                                                :
LAWRENCE F. MURRAY,                             : (JUDGE KOSIK)
DIANE DOMBACH,                                  :
JEFFREY BEARD and                               :
ALL UNNAMED MEMBERS OF THE                      :
PA BOARD OF PROBATION AND                       :
PAROLE,                                         :
                                                :
                Defendants                      :

**MEMORANDUM AND ORDER**

        AND NOW, THIS 9th DAY OF JANUARY, 2007, IT APPEARING TO THE COURT
THAT:

        1.  Plaintiff, Hugo Zuniga, a prisoner confined at SCI-Frackville, filed the instant civil
rights action pursuant to 42 U.S.C. § 1983 on February 2, 2006;

        2.  The matter was assigned to Magistrate Judge J. Andrew Smyser;

        3.  On October 3, 2006, the Magistrate Judge issued a Report and Recommendation
addressing the plaintiff's motions for default judgment.  In particular, the Magistrate Judge
found that the defendants filed a motion to dismiss, or in the alternative for summary judgment,
and an untimely brief in support thereof.  Defendants were given an opportunity to refile the
motion and brief, which have been accepted by the court.  Because this was not a case where
defendants did not respond to the complaint in any manner, the Magistrate Judge found that
default judgment was not warranted and recommended that the plaintiff's motions for default
judgment be denied; *see also*, 42 U.S.C. §1997e(g)(1);

4.  No objections were filed to the Magistrate Judge's Report and Recommendation and on October 27, 2006, plaintiff filed a brief in opposition to defendants' motion to dismiss;

AND, IT FURTHER APPEARING THAT:

5.  If no objections are filed to a Magistrate Judge's Report and Recommendation, the plaintiff is not statutorily entitled to a _de novo_ review of his claims.  28 U.S.C. § 636(b)(1)(C); Thomas v. Arn, 474 U.S. 140 (1985).  Nonetheless, the usual practice of the district court is to give "reasoned consideration" to a Magistrate Judge's report prior to adopting it.  Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987);

6.  We have considered the Magistrate Judge's Report and we agree with the recommendation.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1.  The Report and Recommendation of Magistrate Judge J. Andrew Smyser dated October 3, 2006 (Document 27) is adopted;

2.  The plaintiff's motions for default judgment (Documents 13 and 23) are denied; and

3.  The above-captioned action is remanded to the Magistrate Judge for further proceedings.

s/Edwin M. Kosik
United States District Judge